**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Rahsaan CARTER, Petitioner**

**No. 479 WAL 2016**

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Gisele PARIS, Petitioner**

**No. 36 WAL 2017**

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**